HENRY C. BUNSOW (SBN 060707)
hbunsow@bdiplaw.com
BUNSOW, DE MORY, SMITH, & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744

JOHN D. BEYNON (SBN 233581)
jbeynon@bdiplaw.com
BUNSOW, DE MORY, SMITH, & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone:  (650) 351-7248
Facsimile:  (650) 351-7253

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGITUDE LICENSING LTD. and LONGITUDE FLASH MEMORY SYSTEMS S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.  3:14-cv-4275 EDL <br><br> **DEMAND FOR JURY TRIAL** <br><br> **[PROPOSED]** **ORDER GRANTING PLAINTIFF LONGITUDE LICENSING LTD. AND LONGITUDE FLASH MEMORY SYSTEMS S.A.R.L.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL OPPOSITION TO APPLE'S MOTION TO DISMISS WILLFUL INFRINGEMENT CLAIMS AND ALLOWING A RESPONSE FROM APPLE** <br><br> Judge: Hon. Elizabeth D. Laporte <br> Date: February 10, 2015 <br> Time: 9:00 am <br> Courtroom: E – 15th Floor |

1  Having considered Plaintiff Longitude Licensing Ltd. and Longitude Flash Memory
2  Systems S.a.r.l.'s Administrative Motion for Leave to File a Supplemental Opposition to Apple's
3  Motion to Dismiss Willful Infringement Claims, the Court GRANTS Longitude Licensing Ltd. and
4  Longitude Flash Memory Systems S.a.r.l.'s Administrative Motion for Leave to File a
5  Supplemental Opposition.  Apple may file a response of no more than three pages by no later than
6  Wednesday, January 28, 2015.
7  IT IS SO ORDERED.

Dated:  January 23, 2015

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT JUDGE