UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONGITUDE LICENSING LTD., et al.,

    Plaintiffs,

v.

APPLE INC.,

    Defendant.

Case No. 14-cv-04275-EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

The Court held a case management conference on March 10, 2015 during which it made the following orders:

1. If the parties are unable to resolve their disputes about a protective order, they may file a joint letter of no more than ten pages no later than March 16, 2015.

2. Initially, discovery should focus primarily on ownership and standing, as well as discovery directed to narrowing the asserted claims.

3. Pursuant to the parties' agreement, there is a limit of 200 hours of fact depositions per side. Each side may allocate those hours as it sees fit between party and non-party depositions, subject to the general limitations imposed by the federal rules such as proportionality. Expert depositions shall be limited to one seven-hour deposition for each expert witness for each expert report submitted by the expert.

4. Defendant shall serve its invalidity contentions in accordance with Patent Local Rule 3-3 no later than April 13, 2015. All subsequent deadlines in the Patent Local Rules are temporarily stayed.

1  5. Plaintiff shall serve a Federal Rule of Civil Procedure 30(b)(6) deposition notice
2 regarding source code on Defendant. No later than two weeks after the deposition takes place, the
3 parties shall meet and confer to agree on and provide to the Court a proposed schedule for this
4 case at least through claim construction.

5  **IT IS SO ORDERED.**

6 Dated: March 10, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge