UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGITUDE LICENSING LTD., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 14-cv-04275-EDL<br><br>**ORDER ALLOWING RESPONSE** |

On June 15, 2015, Plaintiff Longitude submitted a two page letter in response to Apple's submission of the deposition transcript of Engineering Manager Matt Byom for <u>in camera</u> review. <u>See</u> Dkt. No. 76. Apple shall be allowed to file a two page response to this letter by no later than June 18, 2015.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge