1  HENRY C. BUNSOW (SBN 060707)
   hbunsow@bdiplaw.com
2  BUNSOW, DE MORY, SMITH & ALLISON LLP
   351 California Street, Suite 200
3  San Francisco, CA  94104
   Telephone:  (415) 426-4747
4  Facsimile:  (415) 426-4744

5  DENISE M. DE MORY (SBN 168076)
   ddemory@bdiplaw.com
6  JOHN D. BEYNON (SBN 233581)
   jbeynon@bdiplaw.com
7  ZIYONG LI (SBN 289696)
   zli@bdiplaw.com
8  BUNSOW, DE MORY, SMITH & ALLISON LLP
   701 El Camino Real
9  Redwood City, CA  94063
   Telephone:  (650) 351-7248
10 Facsimile:  (650) 351-7253

JOHN ALLCOCK, Bar No. 98895
john.allcock@dlapiper.com
SEAN CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: (619) 699-2700
Fax: (619) 699-2701

BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

11 *Attorneys for Plaintiff*
   *Longitude Licensing Ltd. and*
12 *Longitude Flash Memory Systems, S.a.r.l.*

*Attorneys for Defendant*
*APPLE INC.*

13

14       **IN THE UNITED STATES DISTRICT COURT**

15       **NORTHERN DISTRICT OF CALIFORNIA**

16       **SAN FRANCISCO DIVISION**

17 LONGITUDE LICENSING LTD. and          )
18 LONGITUDE FLASH MEMORY                )
   SYSTEMS S.A.R.L.,                     )   Case No.  3:14-cv-4275 EDL
19                                        )
                                          )
20                                        )   **STIPULATION AND [PROPOSED] ORDER**
                  Plaintiff,              )   **DISMISSING WITH PREJUDICE**
21                                        )
                                          )
22      v.                                )   **DEMAND FOR JURY TRIAL**
                                          )
23                                        )
   APPLE INC.,                            )
24                                        )   Judge:  Hon. Elizabeth D. Laporte
                                          )
25                Defendant.              )
                                          )
26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their respective counsel of

2    record, Longitude Licensing LTD. and Longitude Flash Memory Systems S.a.r.l. ("Longitude") and

3    Apple Inc. ("Apple") (collectively together with Longitude "the Parties") hereby stipulate and agree as

4    follows:

5    WHEREAS, Longitude filed a Second Amended Complaint for Patent Infringement against

6    Apple (D.I. 157) alleging infringement of thirteen patents named therein (specifically, United States

7    Patent Nos. 8,050,095; 7,120,729; 6,510,488; 7,181,611; 7,012,835; 7,224,607; 6,763,424; 7,970,987;

8    6,831,865; 8,316,177; 7,657,702; 6,968,421; and 7,818,490) (collectively "the Asserted Patents");

9    WHEREAS, Apple has sought Inter Partes Review of the Asserted Patents before the Patent

10   Trial and Appeal Board (specifically, Case Nos. IPR2015-01908, IPR2015-01909, IPR2015-01910,

11   IPR2015-01911, IPR2015-01924, IPR2015-01925, IPR2015-01930, IPR2015-01931, IPR2015-01933,

12   IPR2015-01934, IPR2015-01942, IPR2015-01943, IPR2015-01945, IPR2015-01949, and IPR2015-

13   01950) (collectively "Apple IPRs");

14

15   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

16   (1)    Longitude agrees to dismiss with prejudice this action (Case No. 3:14-cv-4275) and its

17   claims of infringement against Apple under the Asserted Patents;

18   (2)    The Parties agree to seek termination of the Apple IPRs and shall file a joint request to

19   terminate the Apple IPRs pursuant to 35 U.S.C. 317 concurrently with the filing of this stipulation of

20   dismissal;

21   (3)    In the event that the Patent Office does not terminate all of the Apple IPRs, Apple

22   agrees not to further participate in the Apple IPRs other than to seek termination of the proceedings,

23   Longitude, or its successor in interest, shall have the right to fully participate in any Apple IPRs not

24   terminated by the Patent Office; and

25   (4)    This action shall be dismissed and terminated in its entirety with prejudice, each party

26   shall bear their own costs and fees for both this action and the Apple IPRs.

27

28

1        IT IS SO STIPULATED

2

3   Dated:  March 17, 2016                    Respectfully submitted,

4

5   BUNSOW, DE MORY, SMITH & ALLISON LLP      DLA PIPER LLP (US)

6

7   By:  /s/ Denise M. De Mory                By:  /s/ Sean Cunningham
    HENRY C. BUNSOW (SBN 060707)              JOHN ALLCOCK, Bar No. 98895
8   hbunsow@bdiplaw.com                       john.allcock@dlapiper.com
    BUNSOW, DE MORY, SMITH & ALLISON LLP      SEAN CUNNINGHAM, Bar No. 174931
9   351 California Street, Suite 200          sean.cunningham@dlapiper.com
    San Francisco, CA  94104                  DLA PIPER LLP (US)
10  Telephone:  (415) 426-4747               401 B Street, Suite 1700
    Facsimile:  (415) 426-4744               San Diego, CA 92101-4297
11                                            Phone: (619) 699-2700
    DENISE M. DE MORY (SBN 168076)            Fax: (619) 699-2701
12  ddemory@bdiplaw.com
    JOHN D. BEYNON (SBN 233581)               BRENT YAMASHITA, Bar No. 206890
13  jbeynon@bdiplaw.com                       brent.yamashita@dlapiper.com
    ZIYONG LI (SBN 289696)                    CHRISTINE K. CORBETT, Bar No. 209128
14  zli@bdiplaw.com                           christine.corbett@dlapiper.com
    BUNSOW, DE MORY, SMITH & ALLISON LLP      DLA PIPER LLP (US)
15  701 El Camino Real                        2000 University Avenue
    Redwood City, CA  94063                   East Palo Alto, CA 94303-2214
16  Telephone:  (650) 351-7248               Tel: 650.833.2000
    Facsimile:  (650) 351-7253               Fax: 650.833.2001
17
    *Attorneys for Plaintiff*                 *Attorneys for Defendant*
18  *Longitude Licensing Ltd. and*            *Apple Inc.*
    *Longitude Flash Memory Systems, S.a.r.l.*

19

20                       **[PROPOSED] ORDER**

21        Good cause appearing therefore, IT IS HEREBY ORDERED THAT this action is dismissed

22  with prejudice, with each party to bear its own costs and expenses.

23        IT IS SO ORDERED THIS ___18th___ day of March, 2016.

24

25                          ___Elizabeth D. Laporte___

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING WITH         -3-                    CASE NO. 3:14-CV-4275 EDL
PREJUDICE